# ELECTRONIC RECORD

COA # 07-15-00013-CR          OFFENSE: 29.02

STYLE: Joshua M. Willis v. The State of Texas          COUNTY: McLennan

COA DISPOSITION:    Affirmed          TRIAL COURT: 19th District Court

DATE: 07/14/15          Publish: NO     TC CASE #: 2013-384-C1

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Joshua M. Willis v. The State of Texas

CCA #: 1052-15

_APPELLANT'S_ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_REFUSED_

JUDGE: _____

DATE: 11/04/2015

SIGNED: _____          PC: _____

JUDGE: _Per Curiam_

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD